Gentle Thomas Jr

vs

Defendant
Carmel Indiana Police Department

IN THE UNITED STATES
District Court Southern
Indiana Division

**FILED**
**06/18/2021**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1:21-cv-1839-RLY-DML

## Motion of Class Action Lawsuit

Now comes platiff, Gentle Thomas Jr. who files pro se motion class action lawsuit in the United States District Court Southern Indiana Division located at 46 East Ohio Street Indianapolis, Indiana 46204 against defendant Carmel Indiana Police Department on grounds of Illegal Practices.

### Exhibit A

On April 22, 2021 platiff Gentle Thomas Jr. accompanied by Quiambra S. Robinson and their two children were at a Carmax located on 97th and Gray Road in the City of Carmel Indiana. Mr. Thomas and Ms. Robinson were there to purchase a 2019 Mercedes Benz. Upon arrival Carmax called the Carmel Indiana Police Department, and made a report of fraud against the two, but in reality the potential fraud investigation was against the platiff Gentle Thomas Jr. for cars previously purchased. Carmax claimed that money used in previous purchases were fraudulent and that the bank returned the payment. All accounts which platiff used to purchase the vehicles were in fact in Gentle Thomas Jr. name the money obtained in said accounts came from the investment of stock and a business loan that platiff was approved for. The platiff wasn't aware that funds had been returned, but found out later from his bank that the accounts used wasn't ach compatable, which also means the form of payment method Carmax uses wasn't compatable to Mr. Thomas Bank account. The Platiff had no idea that the accounts weren't compatable.

Page 1 of 3

To reiterate the Source arrived to CarMax that whether they get the vehicles returned to them or recieve the payments owed, and they will not presue legal matters. CarMax recieved all vehicles from previous purchases back in working order. The matter of illegal practices come into play is the platiff drove a 2020 Dodge Challenger SXT to CarMax the Day in question. The Carmel Indiana Police Department Seized the car saying it's apart of their investigation in all actuality the car wasn't purchased from Carmax and did not have anything to do with the investigation they had going on, the car was purchased from a online dealership named Carvana. The Platiff had bill of sale for the Dodge Challenger SXT also. The Carmel Indiana police department also took the platiffs phone, and illegaly searched it without having the proper search warrant granting them permission to do so. Also the Carmel Indiana Police Department took Ms. Robinson Phone repeated the Same process illegally searched her phone without proper search warrant, and said that they will use content in her phone against her is she doesn't "tell them what they want to know on platiff. At the time of the alleged offence Ms. Robinson was on home confinement on an unrelated offense. On two separate incidents detective question Ms. Robinson again about platiff again feeling forced to co-operate from threats of using content from phone they illegally seized, she told them were they can find a 2012 Porsche Panamera that Mr. Thomas purchased from Carvana in 2020 a year prior to the alledged investigation they were preforming and said that the car was "apart of the investigation as well" As of June 14, 2021 No charges from the investigations but a Invasion of Pricacy of Class A misdomeanor has been brought against the Platiff.

On these grounds, below, Platiff asks the Pro Se Class action lawsuit be taken into consideration, and that a court date be scheduled to resolve said matter.

Sincerly, Genth Thoma

*[signature]*

Dated on June 14, 202

Page 3 of 3