UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENTLE THOMAS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-01839-RLY-DML |
| | ) |
| CARMEL INDIANA POLICE DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

## Order Dismissing Case and Directing Entry of Final Judgment

On October 1, 2021, the court ordered the plaintiff to pay the filing fee or a motion for leave to proceed *in forma pauperis* and thus without prepayment of the filing fee. The court's order was sent to the address the plaintiff had provided to the court but was returned as undeliverable. The plaintiff has made no effort to prosecute this case, inquire about its status, or provide a current address. Because the plaintiff has abandoned this action, it is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute. Final judgment shall now issue.

SO ORDERED.

Dated: 2/22/2022

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Via United States mail:
**GENTLE THOMAS, JR.**
Hamilton County Jail
18102 Cumberland Road
Noblesville, IN  46060