UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENTLE THOMAS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-01839-RLY-DML |
| | ) |
| CARMEL INDIANA POLICE DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

### Final Judgment

The Court, having this day issued its entry directing the entry of final judgment, now enters FINAL JUDGMENT and this action is dismissed without prejudice.

SO ORDERED.

Dated: 2/22/2022

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Via United States mail:
**GENTLE THOMAS, JR.**
Hamilton County Jail
18102 Cumberland Road
Noblesville, IN  46060